IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FAROUK SYSTEMS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:07-cv-03386 |
| | § | |
| MICHAEL ROSENBLUM, | § | |
| INDIVIDUALLY and D/B/A | § | Jury Trial Demanded |
| FARRAHFAWCETTBEAUTY | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff, FAROUK SYSTEMS, INC., ("Plaintiff"), having moved for partial summary judgment, and the Court, having reviewed the pleadings and evidence submitted therewith and, finding that Defendant has failed to raise any genuine issue of material fact in dispute with respect to Plaintiff's claims, finds that Plaintiff's motion should be granted in its entirety.

It is therefore ORDERED ADJUDGED and DECREED that Plaintiff's Motion for Partial Summary Judgment is GRANTED.

ENTERED this **24th** day of **JUNE**, 2008.

Sim Lake
United States District Court Judge